No. 84–1508. HARVIS CONSTRUCTION, INC., ET AL. v. UNITED STATES EX REL. MARTIN STEEL CONSTRUCTORS, INC. C. A. 9th Cir. Certiorari denied.

No. 84–1522. DuFRESNE v. BAER, CHAIRMAN, UNITED STATES PAROLE COMMISSION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–1526. QUINN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–1534. LUTJEHARMS, COMMISSIONER OF EDUCATION OF NEBRASKA, ET AL. v. ROSE, AS NEXT FRIEND OF ROSE. C. A. 8th Cir. Certiorari denied.

No. 84–1550. SMITH ET AL., INDIVIDUALLY AND DBA SHARP-EYE ENTERPRISES v. GOLDEN WEST BROADCASTERS, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–1564. MONICK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–1613. HUEBNER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–1621. OCCIDENTAL OIL SHALE, INC. v. STATE BOARD OF LAND COMMISSIONERS OF COLORADO ET AL. Sup. Ct. Colo. Certiorari denied.

No. 84–1625. CAPITAL CITY PRESS, INC. v. BURATT. Ct. App. La., 1st Cir. Certiorari denied.

No. 84–1642. KRODEL v. YOUNG, ASSOCIATE COMMISSIONER, OFFICE OF HEARINGS AND APPEALS, SOCIAL SECURITY ADMINISTRATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–1646. BENZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1654. LAVELLE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 84–1666. CUMMINGS v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.